Daryl Dwight **GRAY**, Plaintiff–
Appellant,

v.

Antonio **VILLARAIGOZA, Mayor of
Los Angeles; et al.**, Defendants–
Appellees.

No. 07–56035.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2009.*

Filed Jan. 23, 2009.

Daryl Dwight Gray, Vacaville, CA, pro se.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Daryl Dwight Gray, a California state prisoner, appeals pro se from the district court's judgment dismissing pursuant to 28

U.S.C. § 1915A his civil rights action as barred under *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed the action because a judgment in Gray's favor would necessarily imply the invalidity of Gray's conviction, and Gray failed to allege that his conviction has been invalidated. *See Heck,* 512 U.S. at 486–87, 114 S.Ct. 2364.

The district court did not abuse its discretion by denying Gray's request for appointment of counsel. *See Terrell v. Brewer,* 935 F.2d 1015, 1017 (9th Cir.1991).

Gray's remaining contentions are unpersuasive.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.